# JANUARY TERM, 1944.

PASSERMAN *v.* JUDGE OF RECORDER'S COURT
OF DETROIT.

INSANE PERSONS—CRIMINAL SEXUAL PSYCHOPATHIC PERSONS—DIS-
CHARGE—STATUTES.
> One who had been committed as a criminal sexual psychopathic
> person pursuant to statute must show a factual basis for
> claim of full recovery in order to be entitled to a writ of
> mandamus to compel judge to hear petition for discharge
> (Act No. 165, § 7, Pub. Acts 1939).

Mandamus by Harry Passerman, a criminal sexual psychopathic person, to compel Arthur E. Gordon, Judge of Recorder's Court of the City of Detroit, to hear plaintiff's petition for discharge. Submitted December 30, 1943. (Calendar No. 42,641–½). Writ denied January 7, 1944.

*Harry Passerman, in pro. per.*

*William E. Dowling,* Prosecuting Attorney, and *Henrietta E. Rosenthal,* Assistant Prosecuting Attorney, for defendant.

PER CURIAM. Petitioner, a criminal sexual psychopathic person, seeks a writ of mandamus directing defendant to hear his petition which was denied as insufficient.

(755)

In *Re Rowan,* 305 Mich. 231, we said:

"We interpret the provision (Act No. 165, § 7, Pub. Acts 1939 [Comp. Laws Supp. 1940, § 6991–7, Stat. Ann. 1943 Cum. Supp. § 28.967 (7)]) to be mandatory in this respect if jury trial is demanded by the petitioner within the time limited therein."

To this we add: The statute requires that the petition must show a factual basis for the claim of full recovery.

Such showing not having been made, the writ of mandamus is denied.

North, C. J., and Starr, Wiest, Butzel, Bushnell, Sharpe, Boyles, and Reid, JJ., concurred.